ACCEPTED
15-25-00012-cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/25/2025 11:14 AM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00012-CV**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/25/2025 11:14:09 AM
CHRISTOPHER A. PRINE
Clerk

In the Court of Appeals
for the Fifteenth Judicial District

—————————————————

STATE OF TEXAS, THE TEXAS FACILITIES COMMISSION, THE TEXAS HEALTH AND HUMAN SERVICES COMMISSION, MIKE NOVAK, IN HIS OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR OF THE TFC, AND ROLLAND NILES, IN HIS OFFICIAL CAPACITY AS DEPUTY EXECUTIVE COMMISSIONER FOR THE SYSTEM SUPPORT SERVICES DIVISION OF THE TEXAS HEALTH AND HUMAN SERVICES COMMISSION,

*Appellants*,

*v.*

8317 CROSSPARK, LLC,

*Appellee.*

—————————————————

On Appeal from the 98th Judicial District Court,
Travis County, Texas
Cause No. D-1-GN-23-006445

—————————————————

### APPELLANT'S MOTION TO WITHDRAW AND NOTICE OF LEAD COUNSEL

—————————————————

Appellants, State of Texas, The Texas Facilities Commission, The Texas Health and Human Services Commission, Mike Novak, in his Official Capacity as Executive Director of the TFC, and Rolland Niles, in his Official Capacity as Deputy Executive Commissioner for The System Support Services Division of the Texas Health and Human Services Commission, would show the Court the following:

1.    The current counsel on behalf of Appellants is Alyssa Bixby-Lawson.

1

2. Ms. Bixby-Lawson has accepted a position outside of the division handling this matter and requests to withdraw from this case. Appellants designate Jennifer Cook as new lead counsel. Ms. Cook is licensed to practice law in the state of Texas and is a member in good standing of the State Bar of Texas. Ms. Cook's contact information is as follows:

**JENNIFER COOK**
Assistant Attorney General
General Litigation Division
Office of the Attorney General
P.O. Box 12548/Mail Stop 019-1
Austin, Texas 78711-2548
Tel: (512) 475-4098
Fax: (512) 302-0667
jennifer.cook@oag.texas.gov

3. Appellants respectfully request that the Court remove Ms. Bixby-Lawson as counsel of record and attorney-in-charge for this cause.

4. The undersigned has conferred with counsel for Appellee, who indicated they are unopposed to the withdrawal of Ms. Bixby-Lawson and substitution of Ms. Cook as counsel in charge of Appellants.

## PRAYER

Appellants request that Ms. Cook be added to all future correspondence and notifications of filings in this matter and be substituted as lead counsel, and that Ms. Bixby-Lawson be removed as counsel of record.

Respectfully submitted.

2

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General
**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Chief, General Litigation Division

*/s/ Alyssa Bixby-Lawson*
**Alyssa Bixby-Lawson**
Texas Bar No. 24122680
Assistant Attorney General
General Litigation Division
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: (210) 270-1118
Fax: (512) 320-0667
Alyssa.Bixby-Lawson@oag.texas.gov
*Counsel for Appellants*

## CERTIFICATE OF CONFERENCE

On April 25, 2025, the undersigned conferred with lead counsel for Appellee, who stated they are unopposed to the relief requested.

*/s/ Alyssa Bixby-Lawson*
**ALYSSA BIXBY-LAWSON**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served electronically through the electronic-filing manager on April 25, 2025 to all counsel of record.

*/s/ Alyssa Bixby-Lawson*
**ALYSSA BIXBY-LAWSON**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Victoria Gomez on behalf of Alyssa Bixby-Lawson
Bar No. 24122680
victoria.gomez@oag.texas.gov
Envelope ID: 100091197
Filing Code Description: Motion
Filing Description: 20250425_MTW and Sub 8317 CrossPark
Status as of 4/25/2025 12:13 PM CST

Associated Case Party: State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 4/25/2025 11:14:09 AM | SENT |
| Alyssa Bixby-Lawson | | alyssa.bixby-lawson@oag.texas.gov | 4/25/2025 11:14:09 AM | SENT |

Associated Case Party: 8317 Cross Park, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kemp Kasling | | kkasling@kaslinglaw.com | 4/25/2025 11:14:09 AM | SENT |